UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MICHAEL SALAMI,

        Plaintiff,                      Case No. 1:20-cv-313

v.                                          Honorable Paul L. Maloney

CORIZON HEALTHCARE, INC. et al.,

        Defendants.

_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  June 5, 2020                      /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                               United States District Judge